CHRISTOPHER J. COX (Bar No. 151650)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Of Counsel:*

Joseph S. Allerhand
Robert F. Carangelo
Margarita Platkov
Scott M. Litvinoff
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
 AMERICAN INTERNATIONAL GROUP, INC.

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| BELA (BILL) VIDOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., ROBERT "STEVE" MILLER, CHAIRMAN OF THE BOARD OF DIRECTORS,<br><br>　　　　　Defendants. | Case No. 3:11-CV-00315 SI<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Dept:　　Ctrm. 10, 19th Flr.<br><br>Action Filed:　　1-21-2011<br><br>Hon. Susan Illston |

WHEREAS, a Case Management Conference is currently scheduled in this matter for May 6, 2011 at 2:30 p.m.; and

WHEREAS, defendant AMERICAN INTERNATIONAL GROUP, INC. ("AIG") has until May 13, 2011, pursuant to agreement of the parties, to respond to Plaintiff's First Amended Complaint; and

1       WHEREAS, defendant AIG may file a motion to dismiss in response to Plaintiff's First Amended Complaint.

      NOW, THEREFORE, the parties jointly stipulate:

      That the Case Management Conference scheduled for May 6, 2011 be continued pending (i) a decision by the Court on AIG's motion to dismiss or (ii) defendant AIG's filing of an answer to Plaintiff's First Amended Complaint if AIG does not move to dismiss, to a date to be set by the Court.

Dated: April 26, 2011        WEIL, GOTSHAL & MANGES LLP

By:    */s/ Christopher J. Cox*
      CHRISTOPHER J. COX

WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

*Attorneys for Defendant*
  *AMERICAN INTERNATIONAL GROUP, INC.*


   */s/ Bela Vidor*
   BELA (BILL) VIDOR
906 Hillcroft Cir.
Oakland, CA 94610
Telephone: (510) 835-3441

Plaintiff Pro Se

1

2  IT IS SO ORDERED.  The Case Management Conference is continued to

3  ____July 29, 2011_____ at 2:30 P.M.

4

5  Dated: ~~April~~ 5/2, 2011

6

7  _____
   Hon. Susan Illston
8  JUDGE OF THE U.S. DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE        3                    Case No. 3:11-CV-00315 SI