|   |   |
|---|---|
| Bela (Bill) Vidor,<br><br>              Plaintiff,<br><br>     v.<br><br>American International Group, Inc., Robert "Steve" Miller, Chairman of the Board of Directors,<br><br>              Defendants. | Case No. 3:11-CV-00315-SI<br><br>STIPULATION AND [PROPOSED] ORDER TO FILE CORRECTED MOTION TO DISMISS<br><br>Dept:    Ctrm. 10, 19th Flr.<br><br>Date of Hearing: July 1, 2011, 9:00 am<br><br>Hon. Susan Illston |

Pursuant to Civil L.R. 7-11 and 7-12, defendant American International Group, Inc. ("AIG") initiated a request that plaintiff Bela Vidor ("Plaintiff") stipulate, and the parties hereby stipulate, that AIG be allowed to file a corrected Motion to Dismiss (containing a corrected table of contents) under Civil L.R. 7-11. AIG makes this Motion on the ground that the original table of contents was inaccurate and therefore could potentially create confusion. The table of contents has been corrected and the corrected Motion to Dismiss is submitted with this Motion. The parties further stipulate that the hearing date for AIG's Motion to Dismiss will be moved from June 24, 2011 to July 1, 2011 at 9:00 am, and Plaintiff's opposition to AIG's Motion to Dismiss will be due June 10, 2011 and AIG's reply to Plaintiff's opposition will be due on June 17, 2011.

Dated: May 17, 2011

```
 1
 2                                  WEIL, GOTSHAL & MANGES LLP
 3
                                    By: _____
 4                                      Christopher J. Cox (Bar No. 151650)

 5                                       Attorneys for Defendant
                                       American International Group, Inc.
 6
 7
 8
 9   Dated: May 17, 2011
10
11
                                    By: _____
12                                      Bela (Bill) Vidor

13                                         Plaintiff, Pro Se
14
15
16   PURSUANT TO STIPULATION, AIG'S REQUEST IS GRANTED AND THE ABOVE IS SO
17   ORDERED.
18
19           5/18/11
     DATED:_____          _____
20
21                                         Honorable Susan Illston
22                                     United States District Court Judge
23
24
25
26
27
28
     [PROPOSED] STIPULATED ORDER
     GRANTING AIG'S REQUEST TO FILE A         3         Case No. 3:11-CV-00315-SI
```