IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELA VIDOR, | No. C 11-315 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMERICAN INTERNATIONAL GROUP, *et al.*, | |
| Defendants. / | |

The Court has dismissed plaintiff's claims without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 13, 2011

SUSAN ILLSTON
United States District Judge